## CHARLES F. ADAMS *vs*. ANNIE P. FOLEY.

Androscoggin County. Decided June 5, 1935. The sole issue in this case was whether or not plaintiff's intestate had, during her lifetime, made a gift to defendant of a certain bank book and the

account evidenced by it. Two witnesses testified to the fact of the gift. They were not contradicted. Their evidence was not inherently improbable. The jury believed them. We see no reason for disturbing the decision thus rendered. Motion overruled. *Charles F. Adams*, pro se. *Ralph W. Crockett*, for defendant.